# United States District Court
## Middle District of Florida

United States

V.

Andrew Goldberg

CASE NO: 6:17-CR-191-ORL-40KRS

2020 OCT 30 PM 2:48

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

### Motion for request to appoint Counsel Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A(a)(1)(c)

Now Comes, The Movant Andrew Goldberg, in the above styled Case, moves this Court for a review to appoint Counsel in assistance to the First Step Act of 2018 Compassionate Release for Extraordinary and Compelling Circumstances. The Movant is Submitting this Motion PRO SE. He humbly asks the Court to Construe this Motion liberally. Haines v. Kerner, 404 U.S. 519, 520 (1972)

-1-

## DISCUSSION I

Upon review of Section 603 of the First Step Act of 2018 (FSA), which expanded the authority of district courts to grant defendant's motions for Compassionate Release based upon "Extraordinary and Compelling reasons", and pursuant to 18 U.S.C. § 3582 (c)(1)(A)(i).

The movant is humbly requesting the Court to review and provide an attorney through the Federal defender program pursuant to U.S.C. §§ 3006A (a)(1)(c) and to review Exhibits provided by the Movant. SEE EXHIBIT A

## DISCUSSION II

The Movant humbly requests the Court to take into consideration the Medical Severity he is currently in. SEE EXHIBIT B.

The movant believes based on his current medical situation and his mental state if he contracts the dangerous and extremley contagious Covid-19 virus his chance of survival for finishing his sentence will be cut short to death.

The movant currently is diagnosed with a Pace maker, Ventricular tachydysrhythmias, Hep C, aoritic heart failure, tricuspid vegetation, diabetes, high blood pressure, anemia, and Cardiomyapathy.

## Conclusion

At age 38, Mr. Goldberg prays that this court takes into consideration all of the medical conditions and his deteriorating health. to be "Extraordinary and Compelling". Mr. Goldberg prays the court will grant this motion and provide counsel in order to increase his chance of survival.

Respectfully Submitted,
Andrew Goldberg
#69042-018
Coleman Medium FCC
PO Box 1032
Coleman, FL 33521

_Andrew Goldberg_

## Certificate of Service

I, Andrew Goldberg, Majority, CERTIFY, that a true and Correct Copy of the foregoing has been furnished, Via United States Postal Service, this 26th day of OCT, 2020; to:

Clerk of US District Court
Middle District of Florida
401 W. CENTRAL BIVD
SUITE 1200
ORLANDO, FL 32801

TO: ELIZABETH M. WARREN, CLERK

Andrew Goldberg