EXHIBIT A

CENTRAL FLORIDA REGIONAL HOSPITAL
1401 W. SEMINOLE BLVD.
SANFORD, FLORIDA 32771
(407) 321-4500

PATIENT: GOLDBERG,ANDREW S                MEDICAL RECORD #:F000356795
ACCOUNT #: F00963208319                       ROOM/BED: F.117-0
ATTENDING PHYSICIAN: Dr.  Solorzano,Jaime S
DICTATED BY: Dr.  Scanlon,Kevin Edward
DATE OF ADMISSION:  07/26/13               LOCATION:   F.OH
DATE OF DISCHARGE:

CONSULTATION

PATIENT:  GOLDBERG, ANDREW S

DATE OF ADMISSION:  07/26/2013

DATE OF CONSULTATION:

CONSULTING PHYSICIAN:  Edward K. Scanlon, MD

HISTORY OF PRESENT ILLNESS:  A 31-year-old male who was admitted on an07/26/2013 when he presented with shortness of breath and fever.  The patient is lethargic and though arousable is a poor historian.  The patient does state that he is a lifetime nonsmoker.  He has been admitted to the ICU for respiratory failure.

PAST MEDICAL HISTORY:  The patient's past medical history comes from the medical record and is notable for MRSA endocarditis secondary to IV drug abuse with history of aortic valve replacement, moderate mitral regurgitation, and the sonographer notes on the ongoing echocardiogram a tricuspid vegetation. Otherwise, the past medical history is that of diastolic dysfunction and associated heart failure, pericardial effusion, ventricular tachydysrhythmias, hypertension, substance abuse, history of hepatitis C, and there is no other known medical or surgical history.

ALLERGIES:  THE PATIENT HAS NO LISTED ALLERGIES.

MEDICATIONS:  Norvasc, Tessalon Perles, aspirin, hydralazine, Apresoline, Mag oxide, Lopressor, and rifampin.

SOCIAL HISTORY:  History of substance abuse.

FAMILY HISTORY:  Noncontributory.

REVIEW OF SYSTEMS:  As per HPI.

PHYSICAL EXAMINATION:  GENERAL:  The patient is presently afebrile at 96.1, blood pressure is 130/50, heart rate 68, respiratory rate is 28 to 32.
HEENT:  Pupils are round.
NECK:  Supple.
CARDIAC:  There is an irregular rhythm without S3.  There is a systolic ejection murmur 2/6.
LUNGS:  Decreased breath sounds in the bases.  Crackles in the bases.

PATIENT NAME: GOLDBERG,ANDREW S              ACCOUNT #: F00963208319