```
NAME:    GOLDBERG,ANDREW S              ACCT#:       F00963208319
                                        FORM:
ADM DATE:    07/26/13  0402
ATTEND PHYS: Hassan,Syed A  CFRH        UNIT#:       F000356795
DIS DT/TM:   08/22/13  1945             SEX:         M
DIS DISP:    ASSISTED LIVING FACILITY   AGE:         31
LOS:                   27               DOB:         07/15/82
PT CLASS:    IN.OTH                     FIN CLASS:   03
                                        ABS STATUS:  FINAL
```

DIAGNOSES                                                                              POA INDICATOR
```
ADMIT    786.05      SHORTNESS OF BREATH
PRINC    038.8       SEPTICEMIA NEC                                                         N
         428.33      ACUTE CHRONIC DIASTOLIC HRT FAILURE                                    Y
         486         PNEUMONIA, ORGANISM NOS                                                Y
         518.81      ACUTE RESPIRATORY FAILURE                                              Y
         584.5       ACUTE KIDNEY FAILURE WITH LESION OF TUBULAR NECROSIS                   N
         415.12      SEPTIC PULMONARY EMBOLISM                                              Y
         421.0       AC/SUBAC BACT ENDOCARD                                                 Y
         117.9       MYCOSES NEC & NOS                                                      Y
         995.91      SEPSIS                                                                 Y
         428.0       CONGESTIVE HEART FAILURE NOS                                           Y
         397.0       TRICUSPID VALVE DISEASE                                                Y
         070.70      UNSPECIFIED VIRAL HEPATITIS C WITHOUT HEPATIC COMA                     Y
         416.8       CHR PULMON HEART DIS NEC                                               Y
         285.9       ANEMIA NOS                                                             Y
         273.8       DIS PLAS PROTEIN MET NEC                                               Y
         305.90      DRUG ABUSE NEC-UNSPEC                                                  Y
         309.28      ADJUSTMENT DISORDER WITH MIXED ANXIETY AND DEPRESSED MOOD              Y
         275.41      HYPOCALCEMIA                                                           Y
         276.8       HYPOPOTASSEMIA                                                         N
         441.9       AORTIC ANEURYSM NOS                                                    Y
         396.3       MITRAL/AORTIC VAL INSUFF                                               Y
         V45.01      CARDIAC PACEMAKER IN SITU                                              E
         V15.81      HX OF PAST NONCOMPLIANCE                                               E
         V43.3       HEART VALVE REPLAC NEC                                                 E
```

REASON FOR VISIT DX

OPERATIONS
```
DATE      PROC CODE & NAME                      SURGEON          ANESTHESIOLOGIST
08/09/13  35.21  OPEN AND OTHER REPLACEMENT OF  Hooker,Robert L
08/09/13  35.14  OPN TRICUS VALVULOPLASTY       Hooker,Robert L
08/09/13  35.33  ANNULOPLASTY                   Hooker,Robert L
08/09/13  37.74  INSERT OR REPLAC EPICARDIAL LE Hooker,Robert L
08/09/13  37.87  REPLAC ANY TYPE PACE DEV W/ DU Hooker,Robert L
08/09/13  39.61  EXTRACORP CIRCULAT AUXIL TO OP Hooker,Robert L
08/06/13  39.95  HEMODIALYSIS                   Tudor,Dan T
08/22/13  38.97  CENTRAL VENOUS CATHETER PLACEM Doddapaneni MD,
08/06/13  38.95  VENOUS CATHETERIZATION FOR REN Doddapaneni MD,
07/31/13  38.97  CENTRAL VENOUS CATHETER PLACEM Doddapaneni MD,
```

```
CPTs:
DRG:       853     INFECTIOUS & PARASITIC DISEASES W O.R. PROCEDURE W MCC

STATUS         $REIMB    MIN-LOS    STD-LOS      COST WT       GRP VERS      GRP FC
```